UNITED STATES of America,
Plaintiff–Appellee,

v.

Andy AMEDA, Defendant–Appellant.

No. 08–13671
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 9, 2008.

Andy Ameda, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before ANDERSON, BLACK and KRAVITCH, Circuit Judges.

PER CURIAM:

Jack Blumenfeld, appointed counsel for Andy Ameda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ameda's conviction and sentence are **AFFIRMED.**